UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 5:22-cv-01917-MCS-BFM     **Date:** July 27, 2023

**Title:** Daniel Pineda Zelaya v. Dr. Michael Mank, et al.

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Order to Show Cause

On June 12, 2023, this Court granted Plaintiff's request for an extension of time to file his First Amended Complaint to July 12, 2023. (ECF Nos. 28, 29.) As of the date of this Order, Plaintiff has not filed his First Amended Complaint or otherwise communicated with the Court, and the time to do so has passed.

**No later than August 28, 2023**, Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and/or to comply with Court orders. Submission of the First Amended Complaint on or before **August 28, 2023**, shall be deemed compliance with this Order. **Failure to respond to this Order by August 28, 2023, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

IT IS SO ORDERED.

cc:   Daniel Pineda Zelaya, pro se          Initials of Preparer:   ch

Page **1** of **1**