UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 5:22-cv-01917-MCS-BFM     **Date:** November 16, 2023

**Title:** Daniel Pineda Zelaya v. Dr. Michael Mank, et al.

===============================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order to Show Cause

On September 27, 2023, this Court dismissed Plaintiff's First Amended Complaint and granted him leave to amend. The Court ordered that any Second Amended Complaint be filed by October 27, 2023. (ECF No. 27.) As of the date of this Order, Plaintiff has not filed his Second Amended Complaint or otherwise communicated with the Court, and the time to do so has passed.

**No later than December 18, 2023**, Plaintiff is ordered to show cause why this action should not be dismissed for failure to prosecute and/or to comply with Court orders. Submission of the Second Amended Complaint on or before **December 18, 2023**, shall be deemed compliance with this Order. **Failure to respond to this Order by December 18, 2023, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders.**

IT IS SO ORDERED.

cc:   Daniel Pineda Zelaya, pro se          Initials of Preparer:     ch

Page **1** of **1**