UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 5:22-cv-01917-MCS-BFM      **Date:** April 23, 2024

**Title:** Daniel Pineda Zelaya v. Dr. Michael Mank, et al.

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Order Requiring Response to Order to Show Cause (ECF 34)

On September 27, 2023, this Court dismissed Plaintiff Daniel Pineda Zelaya's First Amended Complaint, granted him leave to amend, and ordered him to file a Second Amended Complaint by October 27, 2023. (ECF 27.) After Zelaya failed to file a Second Amended Complaint, the Court issued an Order to Show Cause on November 16, 2023, ordering Zelaya to show cause why this action should not be dismissed for failure to prosecute and/or to comply with court orders by December 18, 2023. (ECF 34.) After two extensions of time, Zelaya has still not responded to the November Order to Show Cause nor has he filed a Second Amended Complaint.

The Court recognizes that Zelaya has moved prison facilities since the November Order to Show Cause. Therefore, the Court will give him one more chance to respond to that Order. **No later than May 23, 2024**, Zelaya is ordered to respond to the November 16, 2023, Order to Show Cause. Submission of the Second Amended Complaint on or before **May 23, 2024**, shall be deemed compliance with that Order. **Failure to respond to this Order by May 23, 2024, will result in a recommendation to the District**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 5:22-cv-01917-MCS-BFM    **Date:** April 23, 2024

**Title:** Daniel Pineda Zelaya v. Dr. Michael Mank, et al.

**Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders.**

To ensure that Zelaya has all the paperwork necessary to comply with the Court's instructions, the Court Clerk is directed to provide Zelaya a copy of the November 16, 2023, Order to Show Cause (ECF 34), a copy of the September 27, 2023, Screening Order (ECF 33), a blank Central District civil rights complaint form, and a blank notice of dismissal form.

**IT IS SO ORDERED.**

cc:   Daniel Pineda Zelaya, pro se          Initials of Preparer:     ch