UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL PINEDA ZELAYA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. MICHAEL MANK, et al.,<br><br>　　　　Defendants. | No. 5:22-cv-01917-MCS-BFM<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

　　　　ACCORDINGLY, IT IS ORDERED:

　　　　1.　　The Report and Recommendation is accepted.

　　　　2.　　The First Amended Complaint is dismissed.

　　　　3.　　Judgment shall be entered dismissing this action without prejudice for failure to prosecute and to comply with court orders.

4. The Court Clerk shall serve this Order and the Judgment on all counsel or parties of record.

DATED: October 23, 2024

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE