JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DANIEL PINEDA ZELAYA,<br><br>Plaintiff,<br><br>v.<br><br>DR. MICHAEL MANK, et al.,<br><br>Defendants. | No. 5:22-cv-01917-MCS-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the First Amended Complaint in this matter is dismissed and the action is dismissed without prejudice for failure to prosecute and to follow court orders.

DATED: October 23, 2024

_____
HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE